

# United States District Court
# Eastern District of California

Marisabel Cuevas

Plaintiff(s)

V.

Commissioner of Social Security

Defendant(s)

Case Number: 2:23-cv-01786-AC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Bryan Konoski, Esq. hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Marisabel Cuevas

On 01/20/2003 (date), I was admitted to practice and presently in good standing in the State of New York ID Number 4095899 (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

12/7/2022 - Anthony Baca v Commissioner of SSA 1:22-cv-01543-BAM granted 12-12-2022

12/7/2022 - Maria Mercado v Commissioner of SSA  2:22-cv-02155-AC granted 12-15-2022

Date: 08/24/2023

Signature of Applicant: / s/ Bryan Konoski

**Pro Hac Vice Attorney**

Applicant's Name: Bryan Konoski, Esq.

Law Firm Name: Konoski & Partners, P.C.

Address: 305 Broadway

7th Floor

City: New York   State: NY   Zip: 10007

Phone Number w/Area Code: (212) 897-5832

City and State of Residence: East Brunswick, New Jersey

Primary E-mail Address: Federalecf@gmail.com

Secondary E-mail Address: TheFederalAppealsFirm@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Michael Chen, Esq.

Law Firm Name: Law Firm of Michael Chen

Address: 431 N. Alhambra Avenue, Apt A

City: Monterey Park   State: CA   Zip: 91755

Phone Number w/Area Code: (323) 762-4452   Bar # 290153

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

DATED: September 11, 2023.

*allison clare*

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE